Charles L. MILLER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75730.

Missouri Court of Appeals,
Western District.

Aug. 13, 2013.

Amy M. Bartholow, Columbia, Mo, for appellant.

Gregory L. Barnes, Jefferson City, MO, for respondent.

Before Division Three: LISA WHITE HARDWICK, Presiding Judge, MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

ORDER

PER CURIAM.

Charles Miller appeals the judgment denying his Rule 24.035 motion, following an evidentiary hearing. Miller contends the motion court clearly erred because his plea counsel provided him ineffective assistance that impinged on the voluntariness and understanding of his guilty pleas. For reasons explained in a Memorandum provided to the parties, we affirm the judgment denying post-conviction relief.

AFFIRMED. Rule 84.16(b).

Senequa N. FULTON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75500.

Missouri Court of Appeals,
Western District.

Aug. 13, 2013.

Samuel Buffaloe, Columbia, MO, for Appellant.

Robert Bartholomew, Jr., Jefferson City, MO, for Respondent.

Before Division Four: JAMES EDWARD WELSH, C.J., LISA WHITE HARDWICK, and ALOK AHUJA, JJ.

ORDER

PER CURIAM:

Senequa Fulton appeals the circuit court's judgment denying her Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).